1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                 UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                        EASTERN DIVISION

10

11 YOLANDA FLORES,              )    CASE NO.: **EDCV 09-01950 FFM**
                                )
12           Plaintiff,         )    [~~PROPOSED~~] ORDER AWARDING
                                )    EAJA FEES
13      v.                      )
                                )
14 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
15                              )
             Defendant.         )
16 _____ )

17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

22 THREE HUNDRED FIFTY-TWO DOLLARS and no/cents ($2,352.00), as

23 authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24 Stipulation.

25      DATED: February 24, 2011

26
                         /S/ FREDERICK F. MUMM
27                       FREDERICK F. MUMM
                         United States Magistrate Judge
28